IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE DEMETRIC PERRY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-00185-WS-B |
| **CHARLENE GANDY,** *et al.*, | : | |
| Defendants. | : | |
| | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice

**DONE** and **ORDERED** this 13th day of June, 2008.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE